ROSE NICOLETTI and ANTHONY NICOLETTI, Appellants, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Respondent. (Appeal No. 2.) — Defendant moved at Special Term for an order dismissing the complaint on the ground that plaintiffs

had not complied with an *ex parte* order requiring them to furnish security for costs. Said motion was granted, and judgment entered. Judgment and order granting motion to dismiss complaint reversed, without costs, and motion denied. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.